Case 2:23-cv-01282-ES-CLW   Document 3   Filed 03/20/23   Page 1 of 1 PageID: 12
Case 2:23-cv-01282-ES-CLW   Document 2   Filed 03/08/23   Page 2 of 2 PageID: 11

17956

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3-13-23 @ 1041 |
| NAME OF SERVER (PRINT) Adam Kwiatkowski | TITLE Server |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left: AMERASSIST AIR SOLUTIONS, INC R/A COLALY LLURAZ INC
Morgan Hansen ; or 186 N. MAIN ST., 2ND FL STE1 PLYMOUTH MI

☐ Returned unexecuted: _____
_____ ; or

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL 47.00 | SERVICES 35 | TOTAL 82.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/23
Date

Signature of Server

2735 Trowbridge St, Hamtramck, MI
Address of Server

MAX GARBARINO
NOTARY PUBLIC - STATE OF MICHIGAN
County of Macomb
My Commission Expires   August 23, 2028
Acting in the County of  Macomb