UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X
YESSENIA FIGUEROA,                                          :
                                                            :
       Plaintiff,                                          :
                                                            :
  v.                                                        :  Case No: 2:23-cv-01282
                                                            :
AMERASSIST A/R SOLUTIONS, INC.,                             :
                                                            :  **NOTICE OF APPEARANCE**
                                                            :
       Defendant.                                          :
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Cindy D. Salvo, Esq., of The Salvo Law Firm, P.C. hereby appears in this proceeding as counsel for Defendant AmerAssist A/R Solutions, Inc.

Please forward all notices and communications to the undersigned.

Dated:  May 4, 2023

                      THE SALVO LAW FIRM, P.C.

                      By:  /s/ Cindy D. Salvo
                           CINDY D. SALVO

                      185 Fairfield Ave, Suite 3C/3D
                      West Caldwell, New Jersey 07006
                      (973) 226-2220
                      (973) 900-8800 (fax)
                      csalvo@salvolawfirm.com

                      Attorneys for Defendant,
                      AmerAssist A/R Solutions, Inc.