

May 4, 2023

**VIA ECF**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      **Re:** **Yessenia Figueroa v. AmerAssist A/R Solutions, Inc.**
           **Case No.: 2:23-cv-01282**

Dear Judge Waldor:

    This firm was recently retained to represent Defendant, AmerAssist A/R Solutions, Inc., in the above-referenced matter. Please accept this correspondence as Defendant's request for a 30-day extension to answer, move, or otherwise respond to Plaintiff's Complaint; that is, until **June 3, 2023**.

    My adversary has graciously consented to this extension.

    Thank you for Your Honor's consideration.

                                                Respectfully submitted,

                                              /s/ Cindy D. Salvo
                                              CINDY D. SALVO

CDS/cag

cc: Daniel Zemel, Esq. via ECF